94

458 P.2d 630

Juan S. CASTRO, Plaintiff,

v.

DEPARTMENT OF EMPLOYMENT SE-
CURITY and Board of Review of the In-
dustrial Commission of Utah, Defendants.

No. 11355.

Supreme Court of Utah.

Sept. 16, 1969.

Herbert B. Maw, Salt Lake City, for plaintiff.

Vernon B. Romney, Atty. Gen., Salt Lake City, Fred F. Dremann, Special Asst. Atty. Gen., Salt Lake City, for defendants.

PER CURIAM.

This case is in all of its essential facts similar to Cruz v. Department of Employ-ment Security, 22 Utah 2d 393, 453 P.2d 894, recently decided by this court.

The decision appealed from is affirmed. No costs awarded.

CROCKETT, Chief Justice (concur-ring).

I concur, acknowledging that Cruz v. Industrial Commission is now the decisional law of this state, but call attention to my views expressed in my dissent therein.

HENRIOD, J., not participating.

CROFT, D. J., sat.